IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Valerie Penilton,

                    Plaintiff,            COURT FILE NO. CV 06-4736 PAM/JSM

v.

Pinnacle Financial Group, Inc.,          **ORDER OF DISMISSAL WITH**
                                                **PREJUDICE**

                    Defendant.

## ORDER

Based upon the Stipulation of Dismissal With Prejudice entered into by the parties,

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the

Complaint as to Defendant, on its merits with prejudice and without costs, disbursement

or attorney's fees to any party.

**JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Dated: April __13__, 2007                 s/Paul A. Magnuson
                                          Honorable Paul A. Magnuson
                                          Judge of U.S. District Court